IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSE WAYNE REID, JR.,               :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :   CIVIL ACTION 15-00493-WS-M
                                     :
RAY MABUS, et al,                    :
                                     :
     Defendants.                     :

ORDER

     After due and proper consideration of the issues raised,

and there having been no objections filed, the Recommendation of

the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is

**ADOPTED** as the opinion of this Court.

     It is **ORDERED** that this action be and is hereby **DISMISSED**

without prejudice for failure to prosecute and to obey the

Court's Order.

     DONE this 13th day of June, 2016.


                         s/WILLIAM H. STEELE
                         CHIEF UNITED STATES DISTRICT JUDGE